**Duan ALEXANDER, Employee/Appellant,**

v.

**FOOT LOCKER OUTLET, Employer/Respondent.**

**No. ED 77417.**

Missouri Court of Appeals,
Eastern District.

Oct. 3, 2000.

Ray B. Marglous, St. Louis, MO, for appellant.

William R. Gallagher, St. Louis, MO, for respondent.

Before ROBERT G. DOWD, Jr., P.J., MARY RHODES RUSSELL and RICHARD B. TEITELMAN, JJ.

### ORDER

PER CURIAM.

Duan Alexander appeals from the decision of the Labor and Industrial Relations Commission denying his workers' compensation claim.

The order of the Labor and Industrial Relations Commission is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the order of the Labor and Industrial Relations Commission pursuant to Rule 84.16(b).